**Order entered July 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00790-CV

---

### ARTHUR BROWN AND/OR ALL OCCUPANTS AND CONSTANCE BROWN, Appellants

### V.

### FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

---

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-01077-2013**

---

## ORDER

The Court **REINSTATES** the appeal.

On July 31, 2013, this Court abated the appeal due to the filing of bankruptcy by appellant Constance Brown. In response to our letter inquiring about the status of the bankruptcy proceedings, appellee filed a letter stating that an agreed order terminating the automatic stay was entered on August 20, 2013 and on October 18, 2013 the bankruptcy was closed.

At the time the appeal was abated, the clerk's record had been filed but the reporter's record had not been filed. Accordingly, we **ORDER** Thomas Mullins, official court reporter of the County Court at Law No. 1 to file, within **THIRTY DAYS** of the date of this order, either: (1) the reporter's record; or (2) written verification that appellants have not been found indigent

and have not requested or made payment arrangements for the reporter's record. *We notify appellants that if we receive verification that they are not indigent and have not requested or made payment arrangements for the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/  CAROLYN WRIGHT
    CHIEF JUSTICE